UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-5699

_____

Filed: May 07, 2019

JONATHAN C. BAUM

      Plaintiff - Appellant

v.

METRO RESTORATION SERVICES, INC.

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/11/2019 the mandate for this case hereby issues today.

COSTS: None