IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| JONATHAN C. BAUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:15-cv-00787-CRS |
| | ) |
| METRO RESTORATION SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

**<u>MOTION TO REINSTATE CASE</u>**

\*\*\* \*\*\* \*\*\*

Plaintiff Jonathan Baum, by Counsel, hereby moves this Court to reinstate this case to the Court's active docket. As grounds for this Motion, Plaintiff states that the parties have been unable to consummate the settlement agreed to on January 2, 2020, and referred to in Magistrate Judge Lindsay's Order dated January 3, 2020 (R. 83.)

Respectfully submitted,

<u>/s/ *Benjamin S. Basil*</u>
BENJAMIN S. BASIL
PRIDDY, CUTLER, NAAKE & MEADE, PLLC
2303 River Road, Suite 300
Louisville, KY 40206
Tel.:  (502) 632-5296
Fax:  (502) 632-5297
Basil@pcnmlaw.com
COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

On the 5th day of February, 2020, the undersigned filed this document through the ECF system, which will send a notice of electronic filing to the following counsel:

Carol S. Petitt
Adam E. Fuller
Vaughn Petitt Legal Group
7600 W. Highway 146, Suite 100
Pewee Valley, Kentucky 40056

/s/ *Benjamin S. Basil*
Counsel for Plaintiff